**Order entered September 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00369-CV

## IN THE INTEREST OF L.D.R. AND D.J., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04007-R**

## ORDER

Before the Court is the Department's September 17, 2021 first motion to extend time to file its appellee's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 11, 2021.

/s/    LANA MYERS
        JUSTICE